UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC. ,** | **Case No.** |
| **Plaintiff,** | _____ |
| **vs.** | |
| **CLEAN CITY, LTD D/B/A QUEEN CITY,** | |
| **Defendant.** | |

## CERTIFICATE AS TO INTERESTED PARTIES
## AND CORPORATE DISCLOSURE STATEMENT

(1)  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:  There is no parent corporation of J & J Sports Productions, Inc. and there are no publicly held corporations which own 10% or more of its stock.

(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by

1

the outcome of this particular case:

> *Plaintiff*:    J & J Sports Productions, Inc. and

> *Defendant*:   Clean City, Ltd d/b/a Queen City.

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

*Plaintiff's Attorneys:* Ragsdale, Beals, Seigler, Patterson & Gray, LLP, Ronald D. Reemsnyder, Esq. and Edgar S. Mangiafico, Jr., Esq.

Submitted this the 14th day of June, 2013.

> **RAGSDALE, BEALS, SEIGLER,
> PATTERSON & GRAY, LLP**
>
> By:  s/ Ronald D. Reemsnyder
> Ronald D. Reemsnyder, Esquire
> Georgia Bar No. 597950
> 135 Prominence Court, Suite 160
> Dawsonville, GA 30534
> Ph:  (706) 216-1272
> Fax:(706) 216-1278
> Email: rreemsnyder@rbspg.com
>
> Edgar S. Mangiafico, Jr., Esquire
> Georgia Bar No. 468775
> 2400 International Tower
> 229 Peachtree Street, N.E.
> Atlanta, GA 30303-1629
>
> Attorneys for Plaintiff
> J & J Sports Productions, Inc.